IN THE SUPREME COURT OF THE STATE OF NEVADA

ELDON P. ANDERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
MONIQUE A. MCNEILL; AND LAW
OFFICE OF MONIQUE A. MCNEILL,
Real Parties in Interest.

No. 78423

FILED

JUN 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
    DEPUTY CLERK

### *ORDER DISMISSING PETITION*

This pro se petition for a writ of mandamus or prohibition was docketed in this court without payment of the requisite filing fee. Accordingly, this court issued a notice directing petitioner to pay the filing fee within 10 days. Thereafter, petitioner filed an application to proceed in forma pauperis. However, because the documentation he submitted was incomplete, on April 17, 2019, this court issued an order directing petitioner to submit documentation showing his complete financial picture within 10 days. Our order cautioned petitioner that failure to comply would result in dismissal of this matter. On April 26, 2019, petitioner filed a motion for clarification; and on May 20, 2019, petitioner filed a notice indicating that the basis for his writ petition has been resolved.

Petitioner failed to comply with our April 17, 2019, order directing him to submit documentation showing his complete financial picture. Therefore, he has not established indigency that would warrant

19-27126

waiver of the requisite filing fee. Accordingly, we order this petition dismissed.[1]

It is so ORDERED.

_____ , C.J.

cc:   Eldon P. Anderson
      Jonathan E. MacArthur, P.C.
      Eighth District Court Clerk

---

[1]In light of this order, petitioner's April 6, 2019, motion for clarification is denied as moot. Furthermore, to the extent petitioner's May 20, 2019, notice seeks relief from this court, it is also denied as moot.